

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Rogelio Villegas Dominquez,    * From the 32nd District Court
of Nolan County
Trial Court No. 12318.

No. 11-19-00223-CR                * November 21, 2019

                                  * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J., sitting
by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is in all things affirmed.